**Form 410**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Milton D. Jefferies
Barbara J. Jefferies**
 Debtor(s)

Bankruptcy Case No.: 12−25884−CMB
Related to Dkt. No. 65
Chapter: 13
Docket No.: 66 − 65
Concil. Conf.: June 22, 2017 at 09:00 AM

## ORDER

 **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

 **IT IS HEREBY ORDERED** that, on or before **May 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

 **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

 On or before **May 22, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

 On **June 22, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

 If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

 This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.


Dated: March 21, 2017                                                                 Carlota M. Bohm
                                                                                                    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 12-25884-CMB
Milton D. Jefferies                                                       Chapter 13
Barbara J. Jefferies
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                   Page 1 of 2                  Date Rcvd: Mar 21, 2017
                              Form ID: 410                 Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db/jdb         +Milton D. Jefferies,    Barbara J. Jefferies,    5538 Clarene Drive,    Bethel Park, PA 15102-2410
cr             +HFC a/k/a HSBC Mortgage Services, Inc.,     Stern & Eisenberg, PC,    261 Old York Road,
                 Jenkintown, PA 19046-3706
cr             +HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY,     PO BOX 9013,    Addison, TX 75001-9013
cr             +Household Finance Consumer Discount Company,     14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
13523361        Allegheny County,    c/o Jordan Tax Services,    102 Rahway Road,    Canonsburg, PA 15317-3349
13523362        Bethel Park Boro,    c/o Maiello Brungo & Maiello, LLP,    Attorneys at Law,    One Churchill Park,
                 Pittsburgh, PA 15235
13523363        Bethel Park SD Taxes,    c/o Maiello Brungo & Maiello, LLP,    Attorneys at Law,
                 One Churchill Park,    Pittsburgh, PA 15235
13563108       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13563107       +County of Allegheny,    c/o Goehring Rutter & Boehm,    427 Grant Street, 14th Floor,
                 Pittsburgh, PA 15209
13523365        HFC,   Attention Research,    PO Box 1231,    Brandon, FL 33509-1231
13541246       +HSBC Mortgage Services Inc,    PO Box 21188,    Eagan, MN 55121-0188
13523366        Lincare Inc.,    PO Box 764,   Sharon, PA 16146-0764
13563109       +Municipality of Bethel Park,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13523367       +Ohio Valley General Hospital,    PO box 72584,    Cleveland, OH 44192-0002
14332508        U.S. Bank National Association, as indenture,     c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 22 2017 03:04:10
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13523364       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Mar 22 2017 03:14:39
                 Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
13989478        E-mail/PDF: rmscedi@recoverycorp.com Mar 22 2017 03:04:10
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Municipality of Bethel Park
cr              U.S. Bank National Association, as indenture trust
cr              U.S. Bank National Association, as indenture trust
cr*            +HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr            ##+Bethel Park School District,    One Churchill Park,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                   TOTALS: 4, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                Page 2 of 2           Date Rcvd: Mar 21, 2017
                              Form ID: 410              Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Milton D. Jefferies keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Barbara J. Jefferies keenan662@gmail.com,
               melindap662@gmail.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Bethel Park School District jlc@mbm-law.net
              Leslie J. Rase, Esq.    on behalf of Creditor    HFC a/k/a HSBC Mortgage Services, Inc.
               lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```