Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Milton D. Jefferies** | : | Case No. 12−25884−CMB |
| **Barbara J. Jefferies** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 65 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this **16th day of June, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 12-25884-CMB
Milton D. Jefferies                                                     Chapter 13
Barbara J. Jefferies
        Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 2                  Date Rcvd: Jun 16, 2017
                               Form ID: 309                 Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db/jdb         +Milton D. Jefferies,    Barbara J. Jefferies,    5538 Clarene Drive,    Bethel Park, PA 15102-2410
cr             +HFC a/k/a HSBC Mortgage Services, Inc.,    Stern & Eisenberg, PC,    261 Old York Road,
                Jenkintown, PA 19046-3706
cr             +HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY,    PO BOX 9013,    Addison, TX 75001-9013
cr             +Household Finance Consumer Discount Company,    14841 Dallas Parkway, Suite 300,
                DALLAS, TX 75254-7883
13523361        Allegheny County,    c/o Jordan Tax Services,    102 Rahway Road,    Canonsburg, PA 15317-3349
13523362        Bethel Park Boro,    c/o Maiello Brungo & Maiello, LLP,    Attorneys at Law,    One Churchill Park,
                Pittsburgh, PA 15235
13523363        Bethel Park SD Taxes,    c/o Maiello Brungo & Maiello, LLP,    Attorneys at Law,
                One Churchill Park,    Pittsburgh, PA 15235
13563108       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13563107       +County of Allegheny,    c/o Goehring Rutter & Boehm,    427 Grant Street, 14th Floor,
                Pittsburgh, PA 15209
13523365        HFC,   Attention Research,    PO Box 1231,    Brandon, FL 33509-1231
13523366        Lincare Inc.,    PO Box 764,    Sharon, PA 16146-0764
13563109       +Municipality of Bethel Park,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13523367       +Ohio Valley General Hospital,    PO box 72584,    Cleveland, OH 44192-0002
14332508        U.S. Bank National Association, as indenture,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Jun 17 2017 00:18:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
13523364       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Jun 17 2017 00:19:41
                Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
13541246       +EDI: HFC.COM Jun 17 2017 00:19:00      HSBC Mortgage Services Inc,    PO Box 21188,
                Eagan, MN 55121-0188
13989478        EDI: RECOVERYCORP.COM Jun 17 2017 00:18:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Municipality of Bethel Park
cr              U.S. Bank National Association, as indenture trust
cr              U.S. Bank National Association, as indenture trust
cr*            +HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
cr            ##+Bethel Park School District,    One Churchill Park,    3301 McCrady Road,
                Pittsburgh, PA 15235-5137
                                                                                                TOTALS: 4, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Jun 16, 2017
                               Form ID: 309                Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:

```
              Bryan P. Keenan    on behalf of Debtor Milton D. Jefferies keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Barbara J. Jefferies keenan662@gmail.com,
               melindap662@gmail.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor   Bethel Park School District jlc@mbm-law.net
              Leslie J. Rase, Esq.    on behalf of Creditor   HFC a/k/a HSBC Mortgage Services, Inc.
               lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor   U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```