**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MILTON D. JEFFERIES
    BARBARA J. JEFFERIES
        Debtor(s)

  Ronda J. Winnecour
       Movant
      vs.
  No Repondents.

Case No.:12-25884

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/03/2012 and confirmed on 02/01/2013 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 52,326.70 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,326.70 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,096.00 | |
|   Trustee Fee | 1,890.93 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,986.93 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM T | 0.00 | 32,979.00 | 0.00 | 32,979.00 |
|   Acct: 6549 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM T | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6549 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM T | 9,144.43 | 9,144.43 | 0.00 | 9,144.43 |
|   Acct: 6549 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 454.14 | 454.14 | 148.16 | 602.30 |
|   Acct: P196 | | | | |
| MUNICIPALITY OF BETHEL PARK (RE) | 219.99 | 219.99 | 66.95 | 286.94 |
|   Acct: XXXXXXXX6;12 | | | | |
| BETHEL PARK SD (BETHEL) (RE) | 2,350.99 | 2,350.99 | 657.68 | 3,008.67 |
|   Acct: XXXXXXXX6;12 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 100.24 | 100.24 | 0.00 | 100.24 |
|   Acct: P196 | | | | |
| MUNICIPALITY OF BETHEL PARK (RE) | 47.38 | 47.38 | 0.00 | 47.38 |
|   Acct: XXXXXXXXXXXXNON% | | | | |
| MUNICIPALITY OF BETHEL PARK (SWG) | 295.52 | 295.52 | 77.76 | 373.28 |
|   Acct: XXXXXXXXXX1-13 | | | | |

| 12-25884 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | MUNICIPALITY OF BETHEL PARK (SWG) | 129.85 | 129.85 | 0.00 | 129.85 |
| | Acct: XXXXXXXXXXXXXXXXNON% | | | | |
| | BETHEL PARK SD (BETHEL) (RE) | 416.13 | 416.13 | 0.00 | 416.13 |
| | Acct: XXXXXXXXXXXXXNON% | | | | |
| | | | | | 47,088.22 |
| Priority | | | | | |
| | BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILTON D. JEFFERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN ESQ | 3,096.00 | 3,096.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN ESQ | 1,600.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | US BANK NA - INDENTURE TRUSTEE CIM T | 3,773.62 | 205.04 | 0.00 | 205.04 |
| | Acct: 6549 | | | | |
| | US BANK NA - INDENTURE TRUSTEE CIM T | 856.00 | 46.51 | 0.00 | 46.51 |
| | Acct: 6549 | | | | |
| | US BANK NA - INDENTURE TRUSTEE CIM T | 849.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6549 | | | | |
| | US BANK NA - INDENTURE TRUSTEE CIM T | 2,745.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 6549 | | | | |
| | | | | | 251.55 |
| Unsecured | | | | | |
| | FULL SERVICE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4196 | | | | |
| | LINCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3867 | | | | |
| | OHIO VALLEY HEALTH CENTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6421 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0129 | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                47,339.77

```
TOTAL CLAIMED
  PRIORITY              8,223.95
  SECURED              13,158.67
  UNSECURED                 0.00
```

Date: 07/21/2017                                          /s/ Ronda J. Winnecour

                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com